FRANKLIN PETTIT, Appellant, *v.* GEORGE B. MCCLELLAN, as Mayor of the City of New York, et al., Constituting the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, Respondents.

*Pettit* v. *McClellan,* 110 App. Div. 390, affirmed.
(Argued March 6, 1906; decided April 24, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1906, which affirmed a judgment of Special Term sustaining a demurrer to the complaint in a taxpayer's action to test the constitutionality of chapter 629 of the Laws of 1905.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *William P. Burr* of counsel), for respondents.

Judgment affirmed, with costs, on opinion in *Wilcox* v. *McClellan* (185 N. Y. 9).

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.